# First District Court of Appeal
## State of Florida

————————————————————

No. 1D18-2784

————————————————————

Kenneth J. O'Brien,

    Appellant,

v.

State of Florida,

    Appellee.

————————————————————

On appeal from the Circuit Court for Alachua County.
Mark W. Moseley, Judge.

March 1, 2019

Per Curiam.

    Affirmed.

B.L. Thomas, C.J., and Bilbrey and Jay, JJ., concur.

————————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

————————————————————

Kenneth J. O'Brien, pro se, Appellant.

Ashley B. Moody, Attorney General, and Julian E. Markham, Assistant Attorney General, Tallahassee, for Appellee.